3:22cv367-TJC-LLL

To:
U.S. Federal Courthouse
300 N. Hogan Street Suite 9-150
Jacksonville, Florida 32202

FILED
3-30-2022
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

From:
Christopher Mahone #2019016221
500 East Adams Street
Jacksonville, Florida 32202

Re: Duval County Jail Correctional Sergeant A. Pike and her husband

Dear Concern Whom It May,

I'm writing to your department because I'm in a situation where I have no choice but to be afraid of my future well being and safety. The reason why I state that is because I am currently housed in Duval County Jail Isolation Block Area Cell 3 on the 4 Floor, Where I was placed because I was having major safety issues on the 6 Floor and the 5 Floor I Block where I was housed befor my current location now.

Since I been on the 4 Floor I Block area its been a little rough because I'm well known and hated in this facility by staff and a lot of inmates (because of staff) due to my reactions to bad staff members mischievious actions and behavior towards me.

But for the most part I've been safe. Even though I have had a few Sergeants that's friends with the officers and Sergeants of the 6 floor that dislike me and have tryed to attempt to send me back where they be torturing your ass at is what they like to say. But for the most part I don't worry because Mr. Chief Callahan said that he will keep me safe as long as I'm in this building because he knows my situation.

But then comes Sergeant A. Pike, white female, on Alpha Watch, Gold Squad... Since she have been the Sergeant suppervisor of the 4 floor she have been telling me..."The first time you get on my nerves, your ass is going to the 6 floor where your enemies at...." And I feel like with the help of her husband Lieutenant G. Pike who is the head of the Security Unit and his brother Lieutenant Pike it will be no problem for her to have me somewhere I'm knowingly not safe.

Please be advised that Sgt. A. Pike's husband and his brother has alot of say so in this building. When I told Sgt. A. Pike that her husband can't do a unrighteously deed like such... She then informed me that her husband and his brother runs this jail which means she is in charge because she's the wife and he will pull any strings to keep her happy or satisfied.... then her last words was "You know what they say Happy wife Happy life." Then Sgt. A. Pike later informed me that if she catches me even looking at her with lust in my eyes or standing

in a certain part of my cell or think I'm on the door masterbating off of her she will close my window flap all day and every day.

Sgt. A. Pike enlighten me that she have been told how much of a Jerk I am and she is a Pike so she won't tolerate it in no way. I neco responded to her by telling her that everything she hear is not true.... Sgt. A. Pike have told me that her husband don't like it when she comes home from work stressed out. "So you better recognize who I am I will get you from off this 4 floor."

Therefore I am asking for some one to please counsel with this Sgt. A. Pike about her threats and self privileged ways and life style at work. I am afraid that Sgt. A. Pike and her husband Lieutenant G. Pike may do have the influence and strings of personal friends in higher ranks ect. that will put me in a harm area or situation where my life is in the authority of men who wish me dead..... And it all would be behind Sgt. A. Pike orchestrations. I am totally safe where I am at and I feel it's best for my safety and actions and mind state to remain in the area I'm currently housed.

Please some one help me resolve this minor issue befor it escalate to major. I feel that Sgt. A. Pike is making threats now but sooner or later if not addressed they threats will eventually turn to actions. Please Help

IN WITNESS WHEREOF, I have on this 25 day of March, 20 22, executed this document. Christopher Mahone

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 25 day of March, 2022, by Mahone, Christopher who is personally known to me or who has produced ___Jail ID___ as identification.

Notary Public: M Hines 73332

My commission expires: 9/26/2025

**MATT HINES**
Notary Public, State of Florida
My Comm. Expires 09/26/2025
Commission No. HH179276